JACOB BURSTYN v. MEYER GOLD.

June 26, 1979.   Petition for certification denied.

JAMES MYLSON v. HOLY NAME HOSPITAL ET AL.

June 26, 1979.   Petition for certification granted.

STATE OF NEW JERSEY v. RUBEN ADAMS.

June 26, 1979.   Petition for certification denied.

NEW JERSEY BUILDERS ASSOCIATION v. JAMES
J. SHEERAN.

June 26, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 237)

SAFECO INSURANCE CO. OF AMERICA v.
RICHARD BOHNERT.

June 26, 1979.   Petition for certification denied.

THOMAS DEMES, III v. JEWELL KULIGOSKI.

June 26, 1979.   Petition for certification denied.